# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

   Plaintiff,

   v.

TIMOTHY ORLAN TREIS,

   Defendant.

Case No. 2:16-cr-266-GMN-NJK

**ORDER PLACING THE OFFENDER IN THE RESIDENTIAL REENTRY CENTER**

   This Court held a hearing for Revocation of Supervised Release in this matter on October 28, 2019. At that hearing, the Court modified the conditions of supervision, ordering that offender Timothy Orlan Treis reside in the Residential Reentry Center for a term of up to 7 months. The Court further ordered that offender Treis shall not be required to pay any costs of that placement. This order is issued to facilitate the administrative processes for that placement.

ORDER

IT IS HEREBY ORDERED that offender Timothy Orlan Treis shall comply with the following special condition of supervision:

   <u>Residential Reentry Center</u>. You must reside at a residential reentry center for a term of up to 7 months at the discretion of the probation officer. You must follow the rules and regulations of the center. Subsistence fees for the center are waived.

IT IS SO ORDERED this October __29__, 2019.

                _____

THE HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE