# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| United States of America<br>v.<br><br>TIMOTHY ORLAN TRHS<br>*Defendant* | )<br>)<br>)<br>)<br>)    Case No. 2:16-cr-266-GMN-NJK |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Elayna J. Youchah , U.S.Magistrate Judge | Courtroom No.:    3A |
|---|---|---|
| | | Date and Time:    February 4, 2020 at 2:00pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    January 30, 2020

_____
Judge's signature

ELAYNA J. YOUCHAH, U.S. Magistrate Judge
*Printed name and title*

```
____FILED        ____RECEIVED
____ENTERED      ____SERVED ON
        COUNSEL/PARTIES OF RECORD

        JAN 3 0 2020

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____DEPUTY
```