RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Timothy Orlan Treis

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>      v.<br><br>TIMOTHY ORLAN TREIS,<br><br>          Defendant. | Case No. 2:16-cr-266-GMN-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel Clarkson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Timothy Orlan Treis, that the Revocation Hearing currently scheduled on February 18, 2020 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than five (5) months.

This Stipulation is entered into for the following reasons:

1.    Mr. Treis is currently participating in the C.A.R.E. Program as one of the conditions of his supervised release.

2. U.S. Probation and the parties have agreed that Mr. Treis should continue the C.A.R.E. Program. Mr. Treis's degree of success in the C.A.R.E. Program will help inform the Court's decision regarding the appropriate disposition of the violations alleged in the petition filed by Probation on January 27, 2020.

3. Probation estimates that Mr. Treis will need at least an additional four to five months to complete the C.A.R.E. Program.

4. Mr. Treis is not in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 4th day of February, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Andrew Wong*<br>By_____<br>ANDREW WONG<br>Assistant Federal Public Defender | */s/ Daniel Clarkson*<br>By_____<br>DANIEL CLARKSON<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY ORLAN TREIS,<br><br>　　　　Defendant. | Case No. 2:16-cr-266-GMN-NJK<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, February 18, 2020 at 10:00 a.m., be vacated and continued to Friday, July 17, 2020, at the hour of 10:30 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

　　DATED this  5  day of February, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE