# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER RELEASED ON BOND

Name of Offender: **Timothy Orlan Treis**

Case Number:  **2:16CR00266**

Name of Sentencing Judicial Officer: **Honorable Gloria M. Navarro**

Date of Original Sentence: **July 7, 2017**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **32 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **January 16, 2019**

Name of Assigned Judicial Officer: **Honorable Gloria M. Navarro**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision: Bond and Supervised Release

1. **Do Not Unlawfully Use Controlled Substance** - You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.

    A. Treis admitted he used methamphetamine on or about February 11, 2020, when given a random drug test on February 12, 2020.

    B. Treis submitted a urine specimen on January 26, 2020, which tested positive through Alere Toxicology for Buprenorphine.

RE: Timothy Orlan Treis

Prob12C
D/NV Form
Rev. June 2014

2. **C.A.R.E. Program** – You shall participate in the C.A.R.E. Program for a period of up to seven months as approved and directed by the probation officer. While participating in the program, if you test positive for alcohol, or any controlled substance, and/or any form of synthetic marijuana or synthetic stimulants, you will be taken into custody for a minimum period of seven days.

On February 12, 2020, prior to submission of a random drug test, Treis admitted both verbally and in writing that he used methamphetamine on or about February 11, 2020. Treis was discharged unsuccessfully from the C.A.R.E. Program on February 12, 2020.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

Approved:

*Benjamin Johnson*
Benjamin Johnson
2020.02.14 14:37:25 -08'00'

Benjamin B. Johnson
Supervisory United States Probation Officer

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **February 14, 2020**

*Bryce D. Stark*
Bryce Darrell Stark
2020.02.18 08:00:21 -08'00'

Bryce D. Stark
United States Probation Officer

---

### THE COURT ORDERS

☐   No Action.

☒   The issuance of a warrant.

☐   The issuance of a summons.

☐   Other:

_____
Signature of Judicial Officer

February 18, 2020
_____
Date

RE: Timothy Orlan Treis

Prob12C
D/NV Form
Rev. June 2014

RE: Timothy Orlan Treis

Prob12C
D/NV Form
Rev. June 2014

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. TIMOTHY ORLAN TREIS, 2:16CR00266

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### February 14, 2020

Treis appeared before Your Honor on October 24, 2019, for a final revocation hearing for allegations of failure to report change in residence (absconding), substance abuse treatment violations, drug/alcohol testing violations, commission of a new crime, possessing controlled substances, and commission of another new crime. At the hearing, the Court opted to hold the revocation in abeyance, continue Treis on supervised release, and added special conditions of residential reentry center (RRC), C.A.R.E. Program, and cognitive behavioral treatment.

Treis started the C.A.R.E. Program on November 19, 2019, while residing at the RRC. On January 26, 2020, he was instructed to submit to a random drug test at the RRC by the undersigned officer. Prior to submitting the sample, Treis admitted that on January 24, 2020, he used methamphetamine while at the RRC. Treis signed an admission to drug use indicating the specifics behind his use of methamphetamine and stated he wishes to continue in the C.A.R.E. Program.

On January 30, 2020, Treis appeared for an Initial Appearance after being taken into custody on a warrant issued by the Court for the violation conduct noted above. On February 4, 2020, Treis was released on a personal recognizance bond under the same conditions of supervised release prior to the hearing. The Court later announced a date for revocation hearing as July 17, 2020. Treis reentered the C.A.R.E. Program the day after his release, where he served seven days custody.

Results from the drug test submitted by Treis on January 26, 2020, were received after his release on bond. The results indicated positive for methamphetamine and Buprenorphine (Suboxone). Treis had admitted previously to the use of methamphetamine but failed to disclose his use of Buprenorphine. On February 12, 2020, Treis was instructed to submit to a drug test by the undersigned officer while he was at the C.A.R.E. Program for counseling. Prior to submission of the sample, Treis admitted both verbally and in writing that he used methamphetamine on February 11, 2020, and that he obtained the drug from an individual on the bus while he was returning to the halfway house from C.A.R.E. The test submitted was presumptive positive for methamphetamine. Because of his continued drug use, Treis was discharged unsuccessfully from the C.A.R.E. Program.

As noted in the petition, Treis violated conditions related to drug use and the C.A.R.E. Program. While he states he is willing to complete the C.A.R.E. Program, it is apparent that he is not taking his substance abuse treatment seriously. Due to his continued drug use, both prior to the initiation of revocation proceedings and after, he is considered a danger to himself and the community. As such, the Probation Office respectfully requests the issuance of a warrant and to continue with revocation proceedings. It is recommended Treis remain in custody pending disposition of this matter, as both a flight risk and possible danger to the community.

RE: Timothy Orlan Treis

Prob12C
D/NV Form
Rev. June 2014

Respectfully submitted,

Bryce Darrell Stark
2020.02.18 08:00:44
-08'00'

Bryce D. Stark
United States Probation Officer

Approved:

Benjamin Johnson
2020.02.14 14:37:04
-08'00'

Benjamin B. Johnson
Supervisory United States Probation Officer