# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,            )     Case No.: 2:16-cr-00266-GMN-NJK-1
                                 )
      vs.                        )
                                 )     **ORDER**
TIMOTHY ORLAN TREIS,             )
                                 )
            Defendant.           )
_____ )

On March 12, 2020, the Court held a Revocation of Supervised Release Hearing as to Defendant Timothy Orlan Treis. At the hearing, the Court ordered Defendant to reside at Harris Springs Ranch.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Timothy Orlan Treis is ordered to reside at Harris Springs Ranch upon release from custody.

**DATED** this __11__ day of March, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court