RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SYLVIA IRVIN
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Sylvia_Irvin@fd.org

Attorney for Timothy Orlan Treis

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TIMOTHY ORLAN TREIS,<br><br>　　　　　Defendant. | Case No. 2:16-cr-266-GMN-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING** |

IT IS HEREBY STIPULATED AND AGREED, by and between United States Attorney Nicholas A. Trutanich and Assistant United States Attorney Daniel Clarkson, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Sylvia Irvin, counsel for Defendant Timothy Orlan Treis, that the Revocation Hearing currently scheduled on August 12, 2020, at 2:00pm, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.　　On July 24, 2020, Mr. Treis made his initial appearance in Reno on a petition alleging supervised release violations in the instant case. ECF No. 92. Mr. Treis was detained pending the revocation hearing currently set for August 12, 2020. ECF No. 100.

2.      On August 4, 2020, Mr. Treis made his initial appearance on an indictment in Case No 2:20-cr-184-JAD-EJY.  He was subsequently detained, and his calendar call is set for October 13, 2020, and his trial is set for October 20, 2020.

3.      Because of the new pending case, counsel asks the Court to continue the revocation hearing in this case.

4.      Mr. Treis is currently in custody.

5.      The parties agree to the continuance.

6.      Counsel also ask that this Stipulation serve as our Joint Status Report as ordered by the Court in ECF No. 100.

This is the first request for a continuance of the revocation hearing.

DATED this 7th day of August, 2020.

RENE L. VALLADARES                              NICHOLAS A. TRUTANICH
Federal Public Defender                            United States Attorney


        */s/ Sylvia Irvin*                                  */s/ Daniel Clarkson*
By_____          By_____
SYLVIA IRVIN                                        DANIEL CLARKSON
Assistant Federal Public Defender            Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-266-GMN-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| TIMOTHY ORLAN TREIS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, August 12, 2020 at 2:00 p.m., be vacated and continued to October 14, 2020, at the hour of 11:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

DATED this _7_ day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE

3