RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Paul_Riddle@fd.org

Attorney for Timothy Orlan Treis

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

         Plaintiff,

    v.

TIMOTHY ORLAN TREIS,

         Defendant.

Case No. 2:16-cr-00266-GMN-NJK

**STIPULATION TO CONTINUE
REVOCATION HEARING**
(Fourth Request)

      IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Daniel Clarkson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Timothy Orlan Treis, that the Revocation Hearing currently scheduled on April 14, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

      This Stipulation is entered into for the following reasons:

      1.     Mr. Treis is currently resolving a new criminal charge. The parties would like to continue his hearing regarding revocation of his Supervised Release until after his new criminal charge has been resolved. Sentencing on the new criminal charge is currently scheduled for June 7, 2021.

2.      The defendant is in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 1st day of April, 2021.


RENE L. VALLADARES                    CHRISTOHPER CHIOU
Federal Public Defender               Acting United States Attorney



By /s/ Paul D. Riddle                 By /s/ Daniel Clarkson
PAUL D. RIDDLE                        DANIEL CLARKSON
Assistant Federal Public Defender     Assistant United States Attorney

1

2

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

3

4

UNITED STATES OF AMERICA,                    Case No. 2:16-cr-00266-GMN-NJK

                        Plaintiff,            **ORDER**

5

6

            v.

TIMOTHY ORLAN TREIS,

7

                        Defendant.

8

9

10          IT IS THEREFORE ORDERED that the revocation hearing currently scheduled

11   for Wednesday, April 14, 2021 at 11:00 a.m., be vacated and continued to July 21, 2021, at

12   the hour of 10:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

13          DATED this  5  day of April, 2021.

14

15                                          _____

16                                          UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

3