RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Paul_Riddle@fd.org

Attorney for Timothy Orlan Treis

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY ORLAN TREIS,<br><br>Defendant. | Case No. 2:16-cr-00266-GMN-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Daniel Clarkson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Timothy Orlan Treis, that the Revocation Hearing currently scheduled on July 21, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Mr. Treis is currently resolving a new criminal charge. The parties would like to continue his hearing regarding revocation of his Supervised Release until after his new criminal charge has been resolved. Sentencing on the new criminal charge is currently scheduled for September 27, 2021.

2. Mr. Treis recently began a 12-week mental health and substance abuse program at the jail facility where he is housed in Washoe County. He would like to complete the program before being moved for sentencing.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the fifth request for a continuance of the revocation hearing.

DATED this 13th day of July, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOHPER CHIOU<br>Acting United States Attorney |
| By /s/ Paul D. Riddle<br>PAUL D. RIDDLE<br>Assistant Federal Public Defender | By /s/ Daniel Clarkson<br>DANIEL CLARKSON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00266-GMN-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| TIMOTHY ORLAN TREIS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, July 21, 2021 at 10:00 a.m., be vacated and continued to Wednesday, October 20, 2021, at the hour of 10:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

DATED this  15  day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE